IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION – CINCINNATI

| | | |
|---|---|---|
| KATHERINE BEBE PRICE, | : | Case No. 1:21-cv-113 |
| Plaintiff, | : | Judge Matthew W. McFarland |
| vs. | : | Magistrate Judge Stephanie K. Bowman |
| COUNTRY BROOK HOMEOWNERS, ASSOCIATION, Inc., *et al.*, | : | |
| Defendants. | : | |

**ENTRY AND ORDER ADOPTING
REPORT AND RECOMMENDATION (Doc. 26) AND GRANTING DEFENDANTS'
MOTIONS FOR JUDGMENT ON THE PLEADINGS (Docs. 14, 15, 16)**

The Court has reviewed the Report and Recommendations of United States Magistrate Judge Stephanie K. Bowman (Doc. 26), to whom this case is referred pursuant to 28 U.S.C. § 636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) has expired, hereby **ADOPTS** said Report and Recommendation in its entirety. Accordingly, the Court **GRANTS** Defendants' Motions for Judgment on the Pleadings (Docs. 14, 15, 16) and **ORDERS** that this case be **CLOSED**.

**IT IS SO ORDERED**.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO

By: _____
JUDGE MATTHEW W. McFARLAND